UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWYANE WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>ELK GROVE FEDERAL PAROLE OFFICE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00692-DJC-CSK<br><br>ORDER<br><br>(ECF No. 10) |

    Presently before the Court is Plaintiff Dwyane Wright's motion for a refund and a hearing. (ECF No. 10.)[1] Plaintiff indicates he paid the filing fees "with the understanding that [he] would get a hearing from the courts on [his] cases." *Id.* The Court will not grant a refund as to Plaintiff's filing fees. A filing fee is required to commence a civil action in this district court. In addition, a review of the docket indicates Defendants in this action have not been served with Plaintiff's First Amended Complaint. *See* Docket. Plaintiff's request is construed as a motion for administrative relief, which is submitted without a hearing. *See* E.D. Cal. L.R. 233. In addition, there is on other motion or request pending for which a hearing is requested. For the reasons stated above, Plaintiff's motion for a refund and a hearing (ECF No. 10) is DENIED.

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

Dated: July 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, wrig092.25